IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MEDTECH PRODUCTS INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **RANIR, LLC,** <br><br> Defendant. | **'07 CIV 6570** <br><br> CORPORATE DISCLOSURE STATEMENT |

The undersigned counsel of record for Plaintiff Medtech Products Inc. ("Medtech"), pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, states that Medtech has the following parent corporations, subsidiaries not wholly owned, and publicly held companies that own 10% or more of its stock, either directly or indirectly:

Medtech Holdings, Inc.

Prestige Brands, Inc.

Prestige Products Holdings, Inc.

Prestige Brands International, LLC

Prestige International Holdings, LLC

Prestige Brands Holdings, Inc.

Dated: July 20, 2007

Respectfully submitted,

ALSTON & BIRD LLP

By: _____
Karl Geercken (KG 5897)
Amy Manning (AM 0338)
90 Park Avenue
New York, New York 10016-1387
(212) 210-9471 (phone)
(212) 210-9444 (facsimile)
karl.geercken@alston.com
amy.manning@alston.com

Of Counsel:

W. Edward Ramage, TN BPR No. 16261
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee  37201
(615) 726-5600
eramage@bakerdonelson.com

Micheline Kelly Johnson, TN BPR No. 13847
Clinton P. Sanko, TN BPR No. 23354
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com
csanko@bakerdonelson.com

Carl M. Davis II, GA Bar Number 207710
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.1800
Six Concourse Parkway
Suite 3100
Atlanta, Georgia  30328
(678) 406-8700
cdavis@bakerdonelson.com

Todd R. David , GA BPR No. 206526
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com

Attorneys for Plaintiff
Medtech Products Inc.