AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Medtech Products Inc.

V.

Ranir, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 6570

TO: (Name and address of Defendant)

Ranir, LLC
4701 East Paris Avenue
Grand Rapids, Michigan 49512

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Karl Geercken, Esq.
Amy Manning, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON   JUL 20 2007

CLERK  *[signature: Marcos Quintero]*   DATE

(By) DEPUTY CLERK



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDTECH PRODUCTS, INC.,

        Plaintiff(s),

    -against-

RANIR, LLC,

        Defendant(s).
------------------------------------------------------------X

Index No. 07 CIV 6570

AFFIDAVIT OF SERVICE

STATE OF MICHIGAN   )
                     S.S.:
COUNTY OF KENT     )

TODD L. ROGERS, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 23RD day of July, 2007, at approximately the time of 1:46 P.M., deponent served a true copy of the SUMMONS, COMPLAINT & CRITICAL INSTRUCTIONS TO ATTORNEYS upon Ranir, LLC at 4701 East Paris Avenue, Grand Rapids, MI 49512, by personally delivering and leaving the same with JAMES GORANT who informed deponent that he holds the position of Controller with that company and is authorized by law to receive service at that address.

JAMES GORANT is a white male, approximately 48 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 145 pounds with brown hair.

_____
PROCESS SERVER

Sworn to before me this
    day of July, 2007

_____
Kim B. Horan
Notary Public, Montcalm County, MI
My commission expires Mar 17, 2013
Acting in _____Kent_____, MI

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com