USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

Wood, S,
Part I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Medtech Products Inc.,

   Plaintiff,

v.

Ranir, LLC

   Defendant.

Civil Action No. 07 CV 6570 ~~(UA)~~ (KMK)

STIPULATION AND ORDER

WHEREAS, plaintiff filed its complaint in this matter (the "Complaint") on July 20, 2007, and defendant's answer is due on August 13, 2007;

WHEREAS, this is the first request by any of the parties for an extension;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for all parties, that the defendant shall have through and including September 13, 2007, to answer or otherwise respond to the Complaint.

Dated: August 9, 2007

ALSTON & BIRD LLP

By: _Amy Manning /em_
~~Karl Geercken~~
Amy Manning
90 Park Avenue
New York, NY 10016-1387
(212) 210-9471 (telephone)
(212) 210-9444 (facsimile)

*Attorneys for Plaintiff Medtech Products Inc.*

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _Rebecca M. McCloskey_
Robert J. Gunther, Jr.
Rebecca M. McCloskey
399 Park Avenue
New York, NY 10022
(212) 230-8000 (telephone)
(212) 230-8888 (facsimile)

*Attorneys for Defendant Ranir, LLC*

SO ORDERED this 13th day of August, 2007

_L Wood_
Part I USDJ