

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Medtech Products Inc.,

    Plaintiff,

v.

Ranir, LLC

    Defendant.

---

Civil Action No. 07 CV 6570 (KMK)

**STIPULATION AND ORDER**

WHEREAS, plaintiff filed its complaint in this matter (the "Complaint") on July 20, 2007, and defendant's answer is due on September 13, 2007;

WHEREAS, the parties are engaged in settlement discussions and this is the parties' second request for an extension;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for all parties, that the defendant shall have through and including October 15, 2007, to answer or otherwise respond to the Complaint.

Dated: September 13, 2007

ALSTON & BIRD LLP

By: _____/s/ Amy Manning / RMM_____
Karl Geercken
Amy Manning
90 Park Avenue
New York, NY 10016-1387
(212) 210-9471 (telephone)
(212) 210-9444 (facsimile)

*Attorneys for Plaintiff Medtech Products Inc.*

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By: _____/s/ Rebecca McCloskey_____
Robert J. Gunther, Jr.
Rebecca M. McCloskey
399 Park Avenue
New York, NY 10022
(212) 230-8000 (telephone)
(212) 230-8888 (facsimile)

*Attorneys for Defendant Ranir, LLC*

SO ORDERED this ___ day of September, 2007

White Plains, NY

_____/s/_____
USDJ  9/18/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____