# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Medtech Products Inc.,

                Plaintiff,

        v.

Ranir, LLC

                Defendant.

Civil Action No. 07 CV 6570 (KMK)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Medtech Products Inc. and Defendant Ranir, LLC that all claims in this action against Ranir are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs, fees, and disbursements.

Dated: September 26, 2007

BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, P.C.

By: _____
W. Edward Ramage
211 Commerce Street, Ste. 1000
Nashville, TN 37201
(615) 726-5771 (telephone)
(615) 744-5771 (facsimile)

ALSTON & BIRD
Karl Geercken
Amy Manning
90 Park Avenue
New York, NY 10016-1387
(212) 210-9741 (telephone)
(212) 210-9444 (facsimile)

*Attorneys for Plaintiff Medtech Products Inc.*

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____
Robert J. Gunther, Jr.
Rebecca M. McCloskey
399 Park Avenue
New York, NY 10022
(212) 230-8000 (telephone)
(212) 230-8888 (facsimile)

*Attorneys for Defendant Ranir, LLC*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED this 28th day of September, 2007

Hon. Kenneth M. Karas, U.S.D.J.